# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEITH W. HILL,<br><br>                         Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                        Defendants. | Civil Action No.:<br><br>1:24-cv-04503-AT-CMS |

## NOTICE OF VOLUNTARY DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

PLEASE TAKE NOTICE that Plaintiff Keith W. Hill by counsel, and through the signature below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case as to Experian only, without prejudice.

Dated: January 16, 2025

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030

Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I filed a true and correct copy of the foregoing Notice of Voluntary Dismissal as to Experian only with the Electronic Case Filing system of the court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

                                      */s/ Joseph P. McClelland*
                                      Joseph P. McClelland